JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLERGAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIQUIDIA TECHNOLOGIES, INC. and ENVISIA THERAPEUTICS INC., <br><br> Defendants. | CASE NO. 2:17-cv-3377 JFW (SKx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Stipulation for Dismissal with Prejudice, and GOOD CAUSE APPEARING, hereby ORDERS that the dismissal is GRANTED.

IT IS SO ORDERED.


Dated: November 22, 2017

_____
John F. Walter
United States District Judge